S. LANE TUCKER
United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ARLENE SAAVEDRA,<br><br>        Defendant. | No. 3:22-cr-00074-JMK-KFR<br><br>COUNT 1:<br>DRUG CONSPIRACY<br>  Vio. of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)<br><br>COUNT 2:<br>POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE<br>   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(B) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Beginning on a date unknown and continuing through on or about July 15, 2019, within the District of Alaska and elsewhere, the defendant, ARLENE SAAVEDRA, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to distribute and possess with the intent to distribute

a controlled substance, to wit: one kilogram or more of a mixture or substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A).

## COUNT 2

On or about July 15, 2019, within the District of Alaska, the defendant, ARLENE SAAVEDRA, did knowingly and intentionally possess a controlled substance with intent to distribute, to wit: 100 grams or more of a mixture or substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Christopher D. Schroeder
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America


s/ Kathryn Vogel for
S. LANE TUCKER
United States Attorney
United States of America


Date: 9-20-22